

August 3, 2007

United States District Court
Northern Division of California
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**

AUG - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE:  Burlingame v. Clark, No. 07 3394 SBA
     <u>MOTION TO EXPEDITE</u>

Your Honor:

I am Daisy Mae Burlingame, Petitioner on the above mentioned case. I am currently in custody at the Federal Prison Camp in Dublin, California. My <u>pro se</u> habeas petition is now pending before you.

I filed my petition on June 28, 2007; the filing fee followed shortly thereafter. The Court has not taken any action on my petition as of this point in time. In my petition I am asking the Court to order the BOP to consider me for early release to a half-way house, as required by statute. If the Court were to grant me the relief I am seeking, I would be entitled to consideration for release as soon as October 3, 2007.

Due to the fact a prolonged delay will preclude me from obtaining relief, I am respectfully asking the Court for prompt consideration of my petition.

Thank you for your consideration.

Sincerely,

Daisy Mae Burlingame
Register No. 13540-097
Federal Prison Camp Dublin
5675 8th Street, Camp Parks
Dublin, California 94568

OAKLAND CA 945

03 AUG 2007 PM 10 T

Federal Prison Camp Dublin
Daisy Burlingame 13540-097
5675 8th Street, Camp Parks
Dublin, California 94568

United States District Court
Northern Division of California
450 Golden Gate Avenue
San Francisco, CA 94102