1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2  JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division
   Assistant United States Attorney

4  DENNIS M. WONG (CSBN 173951)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (925)803-4760
   FAX: (415) 436-6748
8  Email: dwong@bop.gov

9  Attorneys for Federal Respondent

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  DAISY MAE BURLINGAME,           )   No. 4:07-CV-03394-SBA
                                    )
14          Petitioner,             )   STIPULATION AND [PROPOSED
                                    )   ORDER] TO DISMISS THIS CASE AS
15     v.                           )   MOOT
                                    )
16  SCHELIA A. CLARK, Warden,       )
                                    )
17          Respondent.             )
                                    )
18

19

20

21

22

23

24

25

26

27

28  Stipulation and [Proposed Order] to Dismiss This Case As Moot
    4:07-CV-03394-SBA                        1

1 | The Respondent, Schelia A. Clark, by and through her counsel, and pro se Petitioner,
2 | Daisy Mae Burlingame, hereby stipulate as follows:
3 |     1. That this case should be dismissed as moot as petitioner Burlingame was released
4 | from Bureau of Prisons custody on March 10, 2008.
5 | IT IS SO STIPULATED.
6 |
7 | DATED: 4/28/08  BY: [signature]
8 |                                           DAISY MAE BURLINGAME
                                          *Pro Se Petitioner*
9 |
10 | DATED: 4/23/08  BY: [signature]
11 |                                           DENNIS M. WONG
                                          Special Assistant U.S. Attorney
                                          Attorney for the Respondent
12 |
13 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
14 |
15 | DATED:_____  BY: _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

Stipulation and [Proposed Order] to Dismiss This Case As Moot
4:07-CV-03394-SBA       2