**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

DAISY MAE BURLINGAME,

    Petitioner,

v.

SHEILA A. CLARK, Warden, Federal Corrections Institution - Dublin,

    Respondent.

No. C 07-3394 SBA

**ORDER OF DISMISSAL**

[Docket Nos. 7-8.]

    The parties having stipulated to dismiss this matter as moot, petitioner having been released from the custody of the federal bureau of prisons, *see* Docket No. 8, this matter is DISMISSED without prejudice. All matters calendared in this action are VACATED. The Clerk shall CLOSE the file and TERMINATE any pending matters. Respondent's Motion to Dismiss as Moot [Docket No. 7] is DENIED without prejudice as moot.

    IT IS SO ORDERED.

May 9, 2008

                                      Saundra Brown Armstrong
                                      United States District Judge

1 UNITED STATES DISTRICT COURT
2 FOR THE
3 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY MAE BURLINGAME, | Case Number: CV07-03394 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SCHEILA A. CLARK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daisy Mae Burlingame Reg. No. 13540-097
Federal Prison Camp Dublin
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: May 12, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk